## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISION

**BANNER LIFE INSURANCE COMPANY**          **PLAINTIFF**

V.      CASE NO: 3:19-CV-03056

**KIM P. MARKOWSKI; KYLE T. MARKOWSKI;**
**AND KURTIS M. MARKOWSKI**          **DEFENDANTS**

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

This matter came before the Court on the Stipulation and Joint Motion for Dismissal (Doc. 8) by the parties. Based upon the stipulation of the parties, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. Banner Life Insurance Company shall pay as soon as practicable the life insurance benefits of Policy No. 17B721951 insuring the life of Michael J. Markowski to the following persons with the following percentages and amounts:

     a. Kim P. Markowski - 80% ($200,000.00);

     b. Kyle T. Markowski - 10% ($25,000.00);

     c. Kurtis M. Markowski - 10% ($25,000.00);

2. Defendant-Counterplaintiff Kim Markowski's counterclaim is dismissed with prejudice;

3. Upon payment of the Policy benefits, Banner Life Insurance Company is fully discharged from any further liability which in any manner may arise under the Policy; and

4. The Complaint for Interpleader is dismissed with prejudice with each party to bear its own costs.

**IT IS SO ORDERED AND ADJUDGED** on this __27th__ day of August, 2019.



_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

**AGREED AND APPROVED:**

_s/ Kelly D. Simpkins_
Kelly D. Simpkins (AR Bar #2018076)
**WELLS MARBLE & HURST, PLLC**
300 Concourse Boulevard, Suite 200
Ridgeland, Mississippi 39157
Post Office Box 131
Jackson, Mississippi 39205-0131
Telephone: (601) 605-6900
Facsimile (601) 605-6901
ksimpkins@wellsmar.com

_Counsel for Banner Life Insurance Company_

_s/ H. David Blair_
H. David Blair (AR Bar #65004)
**BLAIR & STROUD**
**ATTORNEYS AT LAW**
Post Office Box 2135
Batesville, Arkansas 72503
Telephone: (870) 793-8350
Facsimile (870) 793-3989
hdb@blastlaw.com

_Counsel for Kim P. Markowski_

_s/ Raymond L. Niblock_
Raymond L. Niblock (AR Bar #    )
**THE NIBLOCK LAW FIRM, PLC**
324 N. College Ave.
Fayetteville, Arkansas 72701
Telephone: (479) 521-5510
Facsimile (479) 444-7608
raymond@niblocklawfirm.com

_Counsel for Kyle Markowski and Kurtis Markowski_